2

SHERYL A. STRAIN
CHAPTER 7 TRUSTEE
575 E. ALLUVIAL AVE., #101
FRESNO, CA 93720
PHONE: (559) 435-2100
FAX: (559) 435-5656

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of:<br><br>**CRAIG RANDALL PARES and**<br><br>**MELISSA POTEET PARES**<br><br><br>Debtors. | Case No.: 10-16281-B-7<br><br>DC No.: SAS-002<br><br>**TRUSTEE'S MOTION TO SELL PROPERTY OUT OF THE ORDINARY COURSE OF BUSINESS AT PUBLIC AUCTION**<br>**(11 U.S.C. Sec. 363(b)(1);(f))**<br><br>**Date:** November 9, 2010<br>**Time:** 10:00 a.m.<br>**Dept:** B<br>**Judge:** Honorable W. Richard Lee |

Sheryl Strain, Chapter 7 Trustee, ("Trustee"), moves the Court as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Section 1334(a). This is a "care" proceeding pursuant to 28 U.S.C. Section 157(b)(2)(A), (N).

2. This case was commenced by the filing of a Chapter 7 petition on June 3, 2010. I was appointed Chapter 7 Trustee on June 3, 2010.

3. I have reviewed the assets of this estate. The subject personal property is a 2003 GMC Yukon, Vehicle identification # 1GKEC13V53J294573. I am informed and believe that the sale of the property at public auction is in the best interest of the estate and will result in the quickest liquidation of the property at the full fair market value.

1

4. As Trustee, I wish to sell the subject assets so that the proceeds can benefit the estate. I have elected to sell the subject assets by means of public auction to be held on November 16, 2010 at 5:30 p.m. at 1328 N. Sierra Vista, Suite B, Fresno, California.

5. I have obtained an Order employing an auctioneer, Baird Auctions & Appraisals.

6. I believe that the sale is in the best interest of the estate.

7. The property proposed to be sold constitutes a portion of the personal property in possession of the debtor at the time the case was filed.

8. I am informed and believe that the subject asset is not subject to any liens.

**WHEREFORE,** the Trustee prays:

1. For an order approving the public auction sale of the subject property described above, to be held on November 16, 2010, 5:30 p.m. at 1328 N. Sierra Vista, Suite B, Fresno, California; and

2. For such other and further relief as the Court deems just and proper.

Dated: October 11, 2010             /s/
                                     Sheryl A. Strain
                                     Chapter 7 Trustee